**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00238-LTB-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,
       Plaintiff,

v.

INVESTORS' ALERT, INC., a Texas corporation, and
THOMAS E. LOYD;
Its Officers and Directors,
       Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal (Doc 5 - filed March 22, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                         BY THE COURT:

                         s/Lewis T. Babcock
                         Lewis T. Babcock, Chief Judge

DATED:   March 23, 2007